# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Associated with Accounts<br>cbarnett@icbdholdings.com and cb@icbdholdings.com<br>That is Stored at Premises Controlled by Microsoft | )<br>)<br>)   Case No.  25-mj-29-01/02-AJ<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the  __Western__  District of  __Washington__ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1035, 1343, 1347, 1349, 1956(h) and 1957 | False statements related to a health care matter; wire fraud; health care fraud; conspiracy to commit wire fraud and health care fraud; conspiracy to commit money laundering; and transacting in criminal proceeds |

The application is based on these facts:
Please see attached affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Victoria E. Mens
*Applicant's signature*

Victoria E. Mens, HHS-OIG Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephonic conference** *(specify reliable electronic means)*.

Date: **Feb 19, 2025**

*Judge's signature*

City and state: **Concord, New Hampshire**    Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*